Case 24-41443   Doc 85   Filed 07/19/26   Entered 07/19/26 23:34:56   Desc Imaged
Certificate of Notice   Page 1 of 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                              Case No: 24–41443

Megan Anne Bookey,                                                  Chapter 13

Debtor(s).

---

## ORDER AND NOTICE OF DISMISSAL

---

The chapter 13 trustee has requested that the court dismiss Megan Anne Bookey. After notice and hearing the court has determined that the case as to Megan Anne Bookey should be dismissed.

IT IS THEREFORE ORDERED:

The case as to Megan Anne Bookey is dismissed under 11 U.S.C. §§ 349 and 1307. Within 7 days of the date of this order, any unresolved requests for compensation, including unresolved applications for compensation from the debtor(s) attorney requesting a presumptively reasonable fee, must be filed as a motion for allowance of administrative expenses under 11 U.S.C. § 503(b).

Dated: 7/17/26                          s/ Katherine A. Constantine
                                        United States Bankruptcy Judge

**odsm/mnbodsm.jsp** 02/26

United States Bankruptcy Court

District of Minnesota

In re:                                                                                      Case No. 24-41443-KAC

Megan Anne Bookey                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4                          User: admin                                    Page 1 of 4

Date Rcvd: Jul 17, 2026                       Form ID: odsm                                  Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan Anne Bookey, 7791 Palomino Ave NE, Otsego, MN 55330-6244 |
| intp | + | Cardinal Financial Company, Limited Partnership, Wilford Geske & Cook, P.A., 7616 Currell Blvd, Suite 200, Woodbury, MN 55125-2296 |
| 63179757 | + | Black Hawk Financial, ATTN: My Funding Choices, 1601 GA HWY 40 E Suite M#247, Kingsland, GA 31548-6501 |
| 63179760 | + | City of Otsego - Utilities, 13400 90th St NE, Otsego, MN 55330-7259 |
| 63179763 | | DNF Assoc, 2351 N Forest Rd Ste 110, Getzville, NY 14068-9902 |
| 63179766 | + | Freedom Cash Lenders, 2726 Mission Rancheria Rd, Lakeport, CA 95453-9612 |
| 63624562 | | Jefferson Capital Systems LLC, PO Box 7999 St. Cloud MN 56302-9617 |
| 63179773 | + | NM Management, 1 Rivercrest Drive #101, Saint Cloud, MN 56303-2052 |
| 63179776 | + | Payday America, 181 River Ridge Circle S, Burnsville, MN 55337-1627 |
| 63179778 | + | Rushmore Credit, 2770 Mission Rancheria Rd. #224, Lakeport, CA 95453-9612 |
| 63179783 | + | Villas at Pheasant Ridge Assoc, Inc., 7100 Northland Circle N., Suite 300, Minneapolis, MN 55428-1583 |
| 63216033 | + | Villas at Pheasant Ridge Association, Inc, Smith Jadin Johnson, PLLC, 7900 Xerxes Ave S., Suite 2020, Bloomington, MN 55431-1132 |
| 63208521 | + | Xomka LLC dba Rushmore Credit, 2770 Mission Rancheria Rd. #224, Lakeport, CA 95453-9612 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: MINNDEPREV.COM | Jul 18 2026 02:22:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Jul 17 2026 22:45:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Jul 17 2026 22:45:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| cr | + | Email/Text: bknotices@szjlaw.com | Jul 17 2026 22:45:00 | American Credit Acceptance, LLC, c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| cr | + | Email/Text: bk@szjlaw.com | Jul 17 2026 22:45:00 | Credit Acceptance Corp., c/o Stewart, Zlimen & Jungers, Ltd, 2860 Patton Road, Roseville, MN 55113-1100 |
| intp | ^ | MEBN | Jul 17 2026 22:38:48 | Freedom Mortgage Corporation, 25 N DALE ST, ST PAUL, MN 55102-2227 |
| cr | | EDI: JEFFERSONCAP.COM | Jul 18 2026 02:22:00 | Jefferson Capital Systems, PO Box 7999, St. Cloud, MN 56302-9617, UNITED STATES |
| 63384600 | | EDI: ACECASHXPRESS.COM | Jul 18 2026 02:22:00 | ACE CASH EXPRESS, 300 E JOHN CARPENTER FWY STE 900, IRVING TX 75062-2789 |
| 63179755 | + | EDI: ACECASHXPRESS.COM | | |

District/off: 0864-4                    User: admin                              Page 2 of 4

Date Rcvd: Jul 17, 2026                 Form ID: odsm                            Total Noticed: 69

| | | | |
|---|---|---|---|
| | | Jul 18 2026 02:22:00 | ACE Cash Express, 300 E John Carpenter Pkwy, Ste 900, Irving, TX 75062-2789 |
| 63179787 | Email/Text: admin@rosebudlending.com | Jul 17 2026 22:44:00 | Zoca Loans, PO Box 1147, Mission, SD 57555-114 |
| 63179756 | + Email/PDF: AffirmBKNotifications@resurgent.com | Jul 17 2026 22:49:10 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 63180188 | + Email/Text: bankruptcy@acacceptance.com | Jul 17 2026 22:45:00 | American Credit Acceptance, 961 East Main St, Spartanburg, SC 29302-2149 |
| 63218258 | + Email/Text: bkattorneynotices@gmail.com | Jul 17 2026 22:45:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 63179758 | + Email/Text: customerservice@brightlending.com | Jul 17 2026 22:45:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 63181829 | + Email/Text: bankruptcy@axcess-financial.com | Jul 17 2026 22:45:00 | CC Bank, PO Box 36454, Cincinnati, OH 45236-0454 |
| 63179759 | + EDI: CAPITALONE.COM | Jul 18 2026 02:22:00 | Capital One, PO Box 30285, ATTN: Bankruptcy Dept., Salt Lake City, UT 84130-0285 |
| 63179761 | + EDI: CKSFINANCIAL.COM | Jul 18 2026 02:22:00 | Cks Prime Investments, 505 Independence Pkwy St, Chesapeake, VA 23320-5178 |
| 63179520 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 17 2026 22:45:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 63204822 | + Email/Text: bncmail@w-legal.com | Jul 17 2026 22:45:00 | Cypress Marketing Corp, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 63179762 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 17 2026 22:45:00 | Crdnl Fin Co/Dovenmueh, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 63179769 | EDI: CITICORP | Jul 18 2026 02:22:00 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 63179764 | ^ MEBN | Jul 17 2026 22:38:20 | Elastic Credit, 4030 Smith Rd, Cincinnati, OH 45209-1957 |
| 63384566 | Email/Text: info@loopfund.com | Jul 17 2026 22:45:00 | Loop Fund, Attn: Payments, P.O. Box 838, Keshena, WI 54135 |
| 63218259 | + Email/Text: opportunitynotices@gmail.com | Jul 17 2026 22:46:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3300, Chicago, IL 60601-6313 |
| 63208013 | Email/PDF: bncnotices@becket-lee.com | Jul 17 2026 22:49:07 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 63179765 | + EDI: AMINFOFP.COM | Jul 18 2026 02:22:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 63218410 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 17 2026 22:45:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Pkwy Bldg. 4, Fishers, IN 46037-8022 |
| 63179767 | + Email/Text: bankruptcy@gurstel.com | Jul 17 2026 22:45:00 | Gurstel Law Firm, 6681 Country Club Drive, Golden Valley, MN 55427-4601 |
| 63201547 | EDI: JEFFERSONCAP.COM | Jul 18 2026 02:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 63180661 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2026 22:49:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 63179768 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2026 22:49:33 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 63183253 | + EDI: TCISOLUTIONS.COM | Jul 18 2026 02:22:00 | MRV Banks, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 63179770 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2026 22:46:00 | Midland Credit Managem, 320 E Big Beaver Rd |

| | | | |
|---|---|---|---|
| | | | Ste, Troy, MI 48083-1238 |
| 63216321 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2026 22:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 63179771 | + EDI: MINNDEPREV.COM | Jul 18 2026 02:22:00 | Minnesota Department of Revenue, Collection Division, 600 Robert St N, Saint Paul, MN 55146-6000 |
| 63179774 | + EDI: TDBANKNORTH.COM | Jul 18 2026 02:22:00 | Nordstrom/Td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 63179775 | + Email/Text: opportunitynotices@gmail.com | Jul 17 2026 22:46:00 | Opploans/Finwise, 130 E Randolph St Ste 3400, Chicago, IL 60601-6379 |
| 63206224 | EDI: PRA.COM | Jul 18 2026 02:22:00 | Portfolio Recovery Associates, LLC, c/o PAYPAL, POB 12914, Norfolk, VA 23541 |
| 63179777 | + EDI: PRA.COM | Jul 18 2026 02:22:00 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 63203450 | EDI: Q3G.COM | Jul 18 2026 02:22:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 63203470 | EDI: Q3G.COM | Jul 18 2026 02:22:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 63213121 | EDI: Q3G.COM | Jul 18 2026 02:22:00 | Quantum3 Group LLC as agent for, Populus Financial Group Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 63192723 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 17 2026 22:46:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 63179779 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 17 2026 22:46:00 | Santander Consumer USA, PO Box 961245, Ft Worth, TX 76161-0244 |
| 63212023 | + Email/Text: bncmail@w-legal.com | Jul 17 2026 22:45:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 63182542 | EDI: MINNDEPREV.COM | Jul 18 2026 02:22:00 | State of MN, Dept of Revenue, PO Box 64447 BKY, St. Paul MN 55164-0447 |
| 63179780 | EDI: SYNC | Jul 18 2026 02:22:00 | Syncb/Hsn, PO Box 530905, Atlanta, GA 30353-0905 |
| 63215923 | EDI: AIS.COM | Jul 18 2026 02:22:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 63179781 | + Email/Text: nlorenz@bankofmissouri.com | Jul 17 2026 22:45:00 | The Bank of Missouri, 916 N Kingshighway St, Perryville, MO 63775-1204 |
| 63187225 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 17 2026 22:46:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1911 |
| 63179782 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 17 2026 22:46:00 | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 63179784 | ^ MEBN | Jul 17 2026 22:39:34 | Vive Financial, 256 W Data Dr, Draper, UT 84020-2315 |
| 63384567 | Email/Text: bankruptcy@withuloans.com | Jul 17 2026 22:45:00 | WithU Loans, 10600 S. Pennsylvania Ave., Ste 16 #828,, Oklahoma City, OK 73170-4257 |
| 63190448 | Email/Text: bankruptcies@wingsfinancial.com | Jul 17 2026 22:46:00 | Wings Financial Credit Union, 14985 Glazier Avenue, Suite 100, Apple Valley, MN 55124-6539 |
| 63179785 | + Email/Text: bankruptcies@wingsfinancial.com | Jul 17 2026 22:46:00 | Wings Financial Cu, 14985 Glazier Ave, Apple Valley, MN 55124-7842 |
| 63179786 | + Email/Text: bankruptcy@axcess-financial.com | Jul 17 2026 22:45:00 | Xact, P.O. Box 36454, Cincinnati, OH 45236-0454 |

TOTAL: 56

District/off: 0864-4
User: admin
Page 4 of 4

Date Rcvd: Jul 17, 2026
Form ID: odsm
Total Noticed: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Villas at Pheasant Ridge Association, Inc. |
| 63384601 | * | VIVE FINANCIAL, 256 W DATA DR, DRAPER UT 84020-2315 |
| 63179772 | ##+ | Mnscu Slsc, 1450 Energy Park D Etc Building Suite, Saint Paul, MN 55108-5274 |
| 63216032 | ##+ | Smith Jadin Johnson PLLC, 7900 Xerxes Ave S., Suite 2020, Bloomington, MN 55431-1132 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026
Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Halberstadt | on behalf of Creditor American Credit Acceptance  LLC bankruptcy@szjlaw.com |
| Bradley J. Halberstadt | on behalf of Creditor Credit Acceptance Corp. bankruptcy@szjlaw.com |
| Joseph M. Rossman | on behalf of Interested Party Villas at Pheasant Ridge Association  Inc. jrossman@greensteinsellers.com, heidi@greensteinsellers.com |
| Kyle Carlson | info@carlsonch13mn.com  trusteeMNB50@ecf.epiqsystems.com |
| Michael Sheridan | on behalf of Debtor 1 Megan Anne Bookey msheridan@atlasfirm.com  5214@notices.nextchapterbk.com |
| Orin J. Kipp | on behalf of Interested Party Cardinal Financial Company  Limited Partnership okipp@wgcmn.com, dkbenson@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com |
| Patti J. Sullivan | on behalf of Trustee Kyle Carlson patti@pattisullivan.com  mn11@ecfcbis.com |
| Robert Shefferly | on behalf of Interested Party Freedom Mortgage Corporation rshefferly@trottlaw.com  clepley@trottlaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 9